UNITED STATES DISTRICT COURT

RECEIVED
JAN 30 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Donald Conley JR. 30812
Full Name of Plaintiff, Prisoner Number        Civil Action

VS.                                             Judge

Tangipahoa parish Jail &
Defendant Tangipahoa parish,                    Magistrate Judge
Daniel Edward Sheroith,
Robbie miller                    COMPLAINT

I. Previous Lawsuits

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
   Yes ☐    No ☑

B. If your answer to the preceding question is yes, provide the following information.

   1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

      _____
      _____

   2. Name the parties to the previous lawsuit(s):

      Plaintiffs: _____

      Defendants: _____

   3. Docket number(s): _____

   4. Date(s) on which each lawsuit was filed: _____

   5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

      _____
      _____

2

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐   No ☑

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of current place of confinement:
Tangipahoa parish Jail   P.O. box 250  amite LA, 70422

B. Is there a prison grievance procedure in this institution?
Yes ☑   No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes ☑   No ☐
If Yes, what is the Administrative Remedy Procedure number? R13,882,793
It was answered 12-19-22

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

None still have same problem

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

3

A. Name of Plaintiff  DONALD TENNY JR.
Address  1103 West COLEMAN HAMMOND LA. 70403

B. Defendant, Tangipahoa parish Jail, is employed as _____ at _____.

Defendant, Tangipahoa parish, is employed as _____ at _____.

Defendant, Daniel Edwards, is employed as sherriff at Tangiphoa parish Jail

Additional defendants Robbie Miller parish president over the Tangiphoa parish Jail

## IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

I have contacted the Jail and put in a Arp on the computer, I have told the Head Nurse and the guards about the Flying Nets problem and nothing was done where I am housed in the medical chapel. I have several Health problem and with the nets and mold on the walls my Health and others inmates Health is At Risk, its hard to eat your Food with the nets getting down on your food and breathing in the mold I have wrote to Health and Hosiptal in Baton Rouge about the conditions in the Jail here in tangipahoa parish. There is mold in the whole Jail roaches came in on the Food Tray and we notify the Sgt Stevens and she saw the Roaches on the Tray Run off on the Floor

V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

*I want to be paid For having to Live in these condition 2 million dollars*

VI. Plaintiff's Declaration

A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this _18_ day of _January 2023_

*Donald Conley JR 308512* (Tangipahoa parish Number)

Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Signature of Plaintiff

5/97

5



PO box 248
amite LA. 70422

NEW ORLEANS LA 700
26 JAN 2023 PM 2 L

U.S. MARSHAL
SCREENED
OK

The United states District Court
777 Florida st
LLC
Baton Rouge LA, 70801